70 A.3d 307

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Michael Wenyue LU, Respondent.

Misc. Docket AG No. 11, Sept. Term, 2013.

Court of Appeals of Maryland.

July 18, 2013.

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action and the Joint Petition for Reprimand by Consent filed herein pursuant to Maryland Rule 16–772, it is this 18th day of July, 2013,

ORDERED, by the Court of Appeals of Maryland, that Respondent Michael Wenyue Lu, be, and he is hereby reprimanded.